UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO HERNANDEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01544-HSG<br><br>**ORDER CONTINUING DEADLINES FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINTS** |
| RACHEL RONDY-GEOCARIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COOPER VISION, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01591-HSG |

　　　　Motions to transfer the above-captioned class actions, along with other related actions filed in this and other districts, to a single district for coordination or consolidation are currently pending before the Judicial Panel for Multidistrict Litigation ("JPML"). *See In re: Disposable Contact Lens Antitrust Litigation*, MDL No. 2626.  The deadlines for Defendants to answer or otherwise respond to the complaints filed in the above-captioned class actions are hereby continued pending resolution of MDL No. 2626.  Discovery shall also be stayed pending resolution of MDL No. 2626.  However, if Defendants are required to answer or otherwise respond to another complaint in a related class action before then, Defendants will answer or otherwise respond to the complaints in the above-captioned class actions at the same time. Furthermore, if any Defendant responds to any discovery requests or makes any initial disclosures

in a related class action, that Defendant will simultaneously provide the same responses and/or disclosures to any Plaintiff in any one of the above-captioned class actions involving that Defendant.

**IT IS SO ORDERED.**

Dated:  5/5/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge